PHILIP STROMBERG, Respondent, *v.* THE TRIBUNE ASSOCIATION, Appellant.

*Stromberg* v. *Tribune Association,* 88 App. Div. 589, affirmed.
(Argued April 25, 1904; decided May 10, 1904.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 18, 1903, which affirmed an inter locutory judgment of Special Term overruling a demurrer to the complaint.

The following question was certified : " Does the amended complaint in this action state facts sufficient to constitute a cause of action in favor of plaintiff herein, against the defendant herein ? "

*Henry W. Sackett* for appellant.

*Max D. Steuer* for respondent.

Question certified answered in the affirmative, and interlocutory judgment affirmed, with costs, with leave to defendant to answer within twenty days, on opinion of INGRAHAM, J., below.

Concur: GRAY, O'BRIEN, VANN and WERNER, JJ. Dissenting : PARKER, Ch. J., BARTLETT and HAIGHT, JJ.